ORIGINAL COPY

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name ZACARIAS MICHAEL V.
    (Last)      (First)      (Initial)

Prisoner Number T-48382

Institutional Address P.O. BOX 705 WA-212 SOLEDAD CA 93960-0705

====================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL V. ZACARIAS )
(Enter the full name of plaintiff in this action.) )
    vs. )  CV 08 1494
ARNOLD SCHWARZENEGGER )  Case No. _____
DR. KHAN S )  (To be provided by the clerk of court)
JOSEPH CHUDY, M.D )  **COMPLAINT UNDER THE**
C.D.C. PRISON )  **CIVIL RIGHTS ACT,**
(Enter the full name of the defendant(s) in this action) )  **42 U.S.C §§ 1983**

PJH (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement   C.T.F

B.    Is there a grievance procedure in this institution?

    YES (X)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

    YES (X)    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                - 1 -

ORIGINAL

COPY

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  CTF·S·07·03797
   BYPASS

2. First formal level  CTF·S·07·03797
   DENIED

3. Second formal level  CTF·S·07·03797
   DENIED

4. Third formal level  CTF·S·07·03797
   IT WAS SENT 12·23·07 TO SACRAMENTO
   BUT THEY NEVER RECIVED IT. I HAVE PROOF.

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES [X]   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.  I DID BUT SOMEBODY TAMPERD WITH THE MAIL. AND IT NEVER GOT THERE. I HAVE PROOF OF SERVICE.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
   MICHAEL V. ZACARIAS T·48382
   P.O. BOX 705 · WA · 212
   SOLEDAD  CA.  93960·0705

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
   ARNOLD SCHWARZENEGGER, GOVERNOR
   S. KHAN, DOCTOR · CTF· PRISON NORTH

COMPLAINT                    - 2 -

ORIGINAL COPY

1. JOBERT CHUDY, MD., CHIEF MEDICAL OFFICER · CTF
2. 
3. 

4. III.  Statement of Claim
5. State here as briefly as possible the facts of your case. Be sure to describe how each
6. defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7. cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8. numbered paragraph.
9. I WAS NOT GIVEN PROPER MEDICAL TREAT-
10. MENT, WHEN THEY KNEW I HAD A SERIOUS
11. INJURY. AFTER THE FACT THEY HAD THE RE-
12. SULTS BACK FROM THE X-RAYS AND MRI.
13. DR. CHUDY AND DR. KHAN DID NOT USE
14. THEIR PROFESSIONALISM. THE GOVERNOR
15. IS THE ONE WHO OVER SEE'S THE WHOLE
16. CDC AND IS NOT CORRECTING THE PROBLEM.
17. 
18. 
19. 
20. 
21. 
22. IV.  Relief
23. Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24. you want the court to do for you. Make no legal arguments; cite no cases or statutes.
25. I'M ASKING FOR 6 MILLOIN FOR PAIN AND
26. SUFFERING AND TO PAY FOR ANY OTHER
27. MEDICAL NEEDS IN THE FUTURE FOR
28. MY BACK. AND TO GIVE ME PROPER

COMPLAINT                    - 3 -

**ORIGINAL COPY**

1  MEDICAL TREATMENT. THAT THE
2  STATE IS RESPONSIBLE FOR MY
3  HEALTH AND SAFETY

4  I declare under penalty of perjury that the foregoing is true and correct.

6  Signed this MARCH day of 16, 2008

_(Plaintiff's signature)_

COMPLAINT                                  - 4 -

M. ZACARIAS #T-48382
P.O. BOX 705 WA 212
SOLEDAD CA 93960-0705

CONFIDENTIAL
LEGAL MAIL

LEGAL
MAIL

UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT
OF CALIFORNIA
450 GOLDEN GATE A
BOX 36060
SAN FRANCISCO C
94102

RECEIVED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3/18
rec'd in pro se
STAMP
cut off