ORIGINAL COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS

Plaintiff,

v.

ARNOLD SCHWARZENEGGER
DR. KHAN .S
JOSEPH CHUDY M.D
C.D.C    Defendant.

CASE NO.

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

PJH

(PR)

I, MICHAEL ZACARIAS, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _____   No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

———— N/A ————

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes _____ No __X__

    b. Income from stocks, bonds, or royalties?    Yes _____ No __X__

    c. Rent payments?    Yes _____ No __X__

    d. Pensions, annuities, or life insurance payments?    Yes _____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes _____ No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:

$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?    Yes _____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes _____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

2

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____  No __X__

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____0_____

Do you own any cash?  Yes _____  No __X__  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes _____  No __X__

_____

8. What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ ____ | $ ____ |
| _____ | $ ____ | $ ____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

NONE

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-16-08                   [signature]                    T-48382
DATE                SIGNATURE OF APPLICANT

3

ORIGINAL

COPY

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _MICHAEL ZACARIAS_ for the last six months at
[prisoner name]
_CTF-SOLEDAD_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_ .

Dated: _____      _____
                        Authorized officer of the institution

4

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/08/08
                                                           PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CTF SOLEDAD/TRUST ACCOUNTING
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : T48382                    BED/CELL NUMBER: NOWAT2000000212U
ACCOUNT NAME   : ZACARIAS, MICHAEL VERDUGO  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE   DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----   -----------     -------     ---------   --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                                   1.18

10/23*FC03 DRAW-FAC 3       1309 UN-II                              1.18         0.00

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
 ---------   ---------   ------------   ----------   ----------   --------------
    1.18        0.00         1.18          0.00         0.00           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                                0.00
```

*[Signature]*
3-16-08