**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL V.ZACARIAS | ) | ORIGINAL |
| | ) | |
| Plaintiff, | ) | CASE NO. CV·08-1494 |
| | ) | COPY (PR) |
| v. | ) | |
| ARNOLD SCHWARZENEGGER | ) | PRISONER'S |
| DR. CHUDY | ) | IN FORMA PAUPERIS |
| DR.KHAN | ) | APPLICATION |
| CDC        Defendant. | ) | |
| | ) | E-filing |

I, MICHAEL V.ZACARIAS T-48382        , declare under penalty of
perjury that I am the plaintiff in the above entitled case and
that the information I offer throughout this application is true
and correct.  I offer this application in support of my request
to proceed without being required to prepay the full amount of
fees, costs or give security.  I state that because of my poverty
I am unable to pay the costs of this action or give security, and
that I believe that I am entitled to relief.

In support of this application, I provide the following
information:

1.    Are you presently employed?    Yes _____    No _x_

If your answer is "yes," state both your gross and net salary or
wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received. (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

                    SELF EMPLOYED

_____

_____

1

**ORIGINAL COPY**

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

|     |                                                                                          |     |                |     |              |
|-----|------------------------------------------------------------------------------------------|-----|----------------|-----|--------------|
| a.  | Business, Profession or self employment                                                  | Yes | _____         | No  | X            |
| b.  | Income from stocks, bonds, or royalties?                                                 | Yes | _____         | No  | X            |
| c.  | Rent payments?                                                                           | Yes | _____         | No  | X            |
| d.  | Pensions, annuities, or life insurance payments?                                         | Yes | _____         | No  | X            |
| e.  | Federal or State welfare payments, Social Security or other government source?           | Yes | _____         | No  | X            |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.   Are you married?    Yes _____   No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:

$ _____

     b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.   Do you own or are you buying a home?    Yes _____   No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?    Yes _____   No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No __X__ If so, Total due: $ _____

Monthly Payment: $ _____

2

ORIGINAL     COPY

7.   Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __X__ .

Name(s) and address(es) of bank: _____

_____

Present balance(s):   $ _____

Do you own any cash?   Yes _____   No __X__   Amount:   $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No __X__

_____

8.   What are your monthly expenses?

Rent:  $ ___NONE_____   Utilities:  __NONE_____

Food:  $ _____NONE_____   Clothing:  __NONE_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

        I OWE THE COURTS IN LOS ANGELES CCB $788.00 I THINK.
_____

• •
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4·2·08
_____                    _____
DATE                               SIGNATURE OF APPLICANT

ORIGINAL
COPY,

*PJH*

Case Number: CV-08-1494
(PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of

the prisoner's trust account statement showing transactions of

MICHAEL V.ZACARIAS T-48382          for the last six months at
[prisoner name]

 SOLEDAD STATE PRISON CTF CALIFORNIA          where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were $_____

and the average balance in the prisoner's account each month for

the most recent 6-month period was $_____.


Dated:_____          _____
                            Authorized officer of the institution

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*PJH*

MICHAEL V.ZACARIAS

VS.

CDC PRISON CTF

**FILED**

APR 1 0 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.——— *CV·08·1494*

*(PR)*

MOTION TO GRANT CTF TO

GIVE ME COPIES OF MY TRUSTACCOUNT

FOR SIX MONTHS.AND FOR IT

TOBE CERTIFY FROM THE CTF PRISON

I MICHAEL V.ZACARIAS T-48382,GRANT THE COURTS PERMISSION TO GET THE COPIES

OF MY TRUST ACCOUNT CERTIYED FROM CTF PRISON.DUE TO THE FACT THAT IM HAVING

TROUBLE WITH THE STAFF IN THE OFFICE OF THE TRUST ACCOUNT AT CTF THAT THEY

DO NOT WANT TO RELEASE THEM TO ME...WITH THIS LETTER I GIVE THE COURTS FULL

ACCESS AND PERMISSION TO ASK THE TRUST ACCOUNT OFFICE AT CTF PRISON TO GET

THE COPIES FOR CASE NO. *CV·08·1494* TO COMPLETE THE REQUEST OF THE

COURTS.

SINCERELY,

MICHAEL V.ZACARIAS #T-48382

*4·2·08*  *#T-48382*

**ORIGINAL**

**COPY**

ZACARIAS #T-10382
PO. BOX 705
SLEDAD CA. 93960.0705

LEGAL
CONFIDENTIAL
MAIL

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680