DEAR CLERK,

IM WRITING TO YOU TO SEE IF YOU RECEIVED THE FORMS THAT YOU REQUESTED
I HOPE THAT WITH THAT LETTER THAT I SENT YOU THAT EVERYTHING IS IN
ORDER..I HOPE TO HEAR FROM YOU SOON...AND IN ANY CHANCE THAT I MOVE
TO ANOTHER PRISON I WILL LET YOU KNOW IMMEDIATELY AS SOON AS I GET
TO MY MOVE.. THANK YOU!!

**FILED**
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

08-1494 PJH

SINCERELY,

MICHAEL V, ZACARIAS #T-48382

4.13.08

PJH

MY ADDRESS IS: MICHAEL V. ZACARIAS #T-48382
             P.O.BOX 705 WA-212
             SOLEDAD CA 93960-0705

FOR NOW..

ORIGINAL COPY

FILED E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name ZACARIAS  MICHAEL  V.
      (Last)     (First)    (Initial)

Prisoner Number T-48382

Institutional Address P.O. BOX 705 WA-212
SOLEDAD   CA   93960-0705

===========================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS )
(Enter the full name of plaintiff in this action.) )
                                                   )   CV 08  1494
               VS.                                 )   Case No. _____
                                                   )   (To be provided by the clerk of court)
ARNOLD SCHWARZENEGGER )
DR. KHAN. S                                        )   COMPLAINT UNDER THE
JOSEPH CHUDY. M.D                                  )   CIVIL RIGHTS ACT,    PJH
C.D.C PRISON                                       )   42 U.S.C §§ 1983
(Enter the full name of the defendant(s) in this action) )
                                                   )                    (PR)

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies

     [Note: You must exhaust your administrative remedies before your claim can go

     forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  C.T.F

     B.   Is there a grievance procedure in this institution?

               YES (X)      NO ( )

     C.   Did you present the facts in your complaint for review through the grievance

          procedure?

               YES (X)      NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                              - 1 -



M. ZACARIAS #T-03382
P.O. BOX 705 W.A. 252-105
SOLEDAD CA. 93960-0705

LEGAL
MAIL.
CONFIDENTIAL

ATTN: CLERK
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
P.O. BOX 36060
SAN FRANCISCO CA.
94102-9680