UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS,

        Plaintiff,

    v.

ARNOLD SCHWARZENEGGER, Dr. S. KHAN, and JOSEPH CHUDY, M.D.,

        Defendants.

No. C 08-1494 PJH (PR)

**ORDER EXTENDING TIME**

    This is a civil rights case filed pro se by a state prisoner. On March 18, 2008, the day plaintiff filed the complaint and his motion for leave to proceed in forma pauperis ("IFP"), the clerk sent him a notice that the application was deficient because page five of the form, the "Certificate of Funds in Inmate Account," was not signed. On April 10, 2008, he filed another IFP application, but the certificate of funds still was not signed. Accompanying the April 10 application was a "Motion to Grant CTF to Give Me Copies of My Trust Account for Six Months and for it to Be Certify from CTF Prison." In the motion plaintiff says he gives the court permission to get the copies of his trust account and that he is "having trouble with the staff" of the trust office in that "they do not want to release [the trust account information] to me."

    The court has many cases filed by prisoners at the Correctional Training Facility in which the prisoner was able to file the necessary signed certificate, which suggests that plaintiff should be able to obtain one if he follows proper procedure. It may be that the trust account office signs the form and itself mails the application to the court, which if so would be why they will not give the form to him. In any event, plaintiff should consult with his

1 counselor or other appropriate person to determine the proper procedure and then follow it.
2 The court will not undertake to obtain the signed certificate for him.  The motion (document
3 number 4 on the docket) is **DENIED**.

4     The time to file a proper application is **EXTENDED** to a date thirty days from the
5 date this order is entered.  If a signed certificate of funds (page five of the application) is not
6 filed within that time, or an adequate detailed explanation given why it was not, the case will
7 be dismissed.

8     **IT IS SO ORDERED.**
9 Dated:  April 28, 2008.

                    PHYLLIS J. HAMILTON
10                     United States District Judge

28 G:\PRO-SE\PJH\CR.08\ZACARUAS1494.EXT-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZACARIAS,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendants.

Case Number: CV08-01494 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael V Zacarias T-48382
C.T.F.
WA-212
P.O. Box 705
Soledad, CA 93960-0705

Dated: April 28, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk