FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE DISTRICT NORTHER COURTS MY NAME IS MICHAEL (CASE NO. CV 08 1494) I JUST HAD SURGERY FOR MY BACK ON FEB 15, 2008. AND THEY ARE RETALIATING AGAINST ME FOR FILING A (1983. CIVIL RIGHTS ACT) AND TRYING TO MOVE ME TO ANOTHER PRISON WHEN I HAVE A MEDICAL HOLD AND I GO TO PHYSICAL THERAPY 3 TIMES A WEEK. THEY TOLD ME THAT THEY HEARD THEY ARE TRYING TO OVER RIDE ME TO JUST GET ME OUT OF HERE. 1#) I HAVE A COURT CASE. 2#) I HAVE A MEDICAL HOLD. 3) I GO TO PHYSICAL THERAPY 3 TIMES A WEEK. 4#) IM RECOVERING FROM MY SURGERY WHICH MY SURGEON SAID WILL TAKE OVER A YEAR TO RECOVER. AND I STILL HAVE TO HAVE FOLLOW UPS WITH HIM FOR MY BACK SPINAL SURGERY. I HOPE TO HEAR FROM YOU ASAP.

SINCERELY
[signature]



M. ZACARIAS #T-40382
P.O. BOX 705 WA 212
SOLEDAD CA 93960-0705

LEGAL
OFFICIAL
MAIL

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102