IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 14 PM 1:45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS )
)
          Plaintiff, )      CASE NO. CV 08 1494 PJH
)
    v. )      PRISONER'S
ARNOLD SCHWARZENEGGER )     IN FORMA PAUPERIS
DR. CHUDY )                 APPLICATION
DR. KHAN )
CDC        Defendant. )
)

    I, MICHAEL V. ZACARIAS T-48382_____, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?    Yes _____    No _x__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)
                              SELF EMPLOYED

1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment    Yes _____ No __X__

    b.  Income from stocks, bonds, or royalties?    Yes _____ No __X__

    c.  Rent payments?    Yes _____ No __X__

    d.  Pensions, annuities, or life insurance payments?    Yes _____ No __X__

    e.  Federal or State welfare payments, Social Security or other government source?    Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?    Yes _____ No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:

$ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.  Do you own or are you buying a home?    Yes _____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes _____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No __X__ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __X__

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?   Yes _____   No __X__   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No __X__

_____

8. What are your monthly expenses?

Rent: $ __NONE_____   Utilities: __NONE__

Food: $ __NONE_____   Clothing: __NONE__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

   I OWE THE COURTS IN LOS ANGELES CCB $788.00 I THINK.

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5·5·08
DATE                              SIGNATURE OF APPLICANT

3

Case Number: CV 08 1494

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

MICHAEL V. ZACARIAS T-48382     for the last six months at
[prisoner name]

SOLEDAD STATE PRISON CTF CALIFORNIA     where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____         _____
                                   Authorized officer of the institution

Case Number: **CV 08 1494**

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the prisoner's trust account statement showing transactions of **Zacarias, Michael T.** for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **5/9/08**   **Yolanda Chang**, Acct I Specialist
Authorized officer of the institution

Correctional Training Facility
P. O. Box 689
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: **5/9/08**
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY **Yolanda Chang**
TRUST OFFICE
Acct I Specialist



```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/09/08
                         CALIFORNIA DEPARTMENT OF CORRECTIONS            PAGE NO:       1
                             CTF SOLEDAD/TRUST ACCOUNTING
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 10, 2007 THRU MAY 09, 2008

ACCOUNT NUMBER : T48382                         BED/CELL NUMBER: NOWAT200000000212U
ACCOUNT NAME   : ZACARIAS, MICHAEL VERDUGO      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

         << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE    DESCRIPTION                  COMMENT          HOLD AMOUNT
------      ----    -----------                  -------          -----------
05/01/2008  H118    LEGAL COPIES HOLD            3599 LCOPY              7.60
05/01/2008  H118    LEGAL COPIES HOLD            3599 LCOPY              1.00
05/05/2008  H118    LEGAL COPIES HOLD            3648 LCOPY              0.42
05/08/2008  H119    ARTIFICIAL APPLIANCE HOLD    3696 BACK               8.95

                         TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT     HOLDS      TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS BALANCE     BALANCE    TO BE POSTED
---------      --------     ----------- -------     -------    ------------
    0.00         0.00          0.00       0.00       17.97          0.00


                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                           17.97-
```

Correctional Training Facility
P. O. Box 686
(Soledad H or Soledad on US 101)
Soledad, California 93960
Attn: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/9/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ Trust Acct / Specialist
    TRUST OFFICE

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __MICHAEL V. ZACARIAS_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __CTF PRISON__

_____ Prison,

in the county of __MONTEREY_____,

State of California. My prison address is: __P.O. BOX 705  WA/212__,

__SOLEDAD  CALIFORNIA   93960-0705__

On _____,
(DATE)

I served the attached: __(IN FORMA PAUPERIS)  TO ( CCI CHAMBERLAIN__

__HIS SIGNATURE__ _____ __LEGAL  MAIL__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

TRUST
ATTN: ACCOUNT   OFFICE
LEGAL   CONFIDENTIAL      MAIL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __5-5-08__                    _____
(DATE)                                              (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                                      ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-



M. ZACARIAS #T-48362
P.O. BOX 705, WA. 212
SOLEDAD, CA. 93960-0705

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

LEGAL
CONFIDENTIAL
MAIL