UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED** MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED** MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | MICHAEL V. ZACARIAS )
2 | Vs. )     CASE NO. CV 08 1494
3 | TRUST ACCOUNT OFFICE ) MOTION FOR AN ORDER
    | CTF ) FOR INSTITUTION TO SERVE
4 |   ) THE COURTS WITH PRISONERS
    |   ) (IN FORMA PAUPERIS) APPLICATION

## E-filing

7  I DID MY PART AND TURNED IN THE FORM TO CCI SARGENT CHAMBERLAIN
8  ON 5-5-08 10:10AM. BUT DO TO THE FACT THAT CTF STAFF IS KNOWN FOR
9  THEIR NEGLEGENCE FOR NOT TURNING IN THE LEGAL FORMS IN A TIMELY
10 MATTER TO THE COURTS ON TIME, WHICH WILL GET THE CASE DENIED OR
11 GET THIS CASE DISMISSED. THAT IS WHY IM WRITING THIS MOTION TO
12 THE COURTS. IM SENDING YOU A COPY OF THE PROOF OF SERVICE AND HIS
13 SIGNATURE IS ON IT ...THIS IS PROOF THAT I DID MY PART IN THIS
14 MATTER FOR THE COURTS.  SEE ATTACH FORM, PROOF OF SERVICE.

              RESPECTFULY SUBMITTED,
              MICHAEL V. ZACARIAS  T-48382

              [signature]
              5.11.08


## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ P. 5; 28 U.S.C. § 1746)

I, __MICHAEL V. ZACARIAS__, declare:

I am over 18 years of age and a party to this action. I am a resident of __CTF PRISON__ _____Prison,

in the county of __MONTEREY__,

State of California. My prison address is: __P.O. BOX 705  WA/212__
__SOLEDAD  CALIFORNIA  93960-0705__

On __5-5-08__  __10:20 AM__,
(DATE)

I served the attached: __(IN FORMA PAUPERIS)  TO ( CCI CHAMBERLAIN__
__HIS SIGNATURE__  __LEGAL MAIL__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

    TRUST
ATTN: ACCOUNT  OFFICE
    LEGAL  CONFIDENTIAL  MAIL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __5-5-08__   __(signature)__
(DATE)                (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                   ::ODMA\PCDOCS\WORDPERFECT\22832\1

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __MICHAEL V. ZACARIAS__, declare:

I am over 18 years of age and a party to this action. I am a resident of __C-T-F__ Prison,

in the county of __MONTEREY__,

State of California. My prison address is: __P.O. BOX 705  wa/212  SOLEDAD CALIFORNIA  93960-0705__.

On __5·11·08__ (DATE),

I served the attached: __legal mail to CO K. JOHNSON AT 10:15 PM__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
405 golden GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __5·11·08__ (DATE)   (DECLARANT'S SIGNATURE)

1  Dear Courts
    Im writing to you about if you received my two other 1983 forms
2  that i sent you. I have the proof of service that it was mailed
    to you. Please let me know if you received my 1983 forms that i
3  sent to you?. So far i sent to you three 1983 forms. I know of only
    one that made it to you so far, please send me confirmation that
4  you received the other two that i sent you.

5

6

                                        sincerely,
7                              Michael V. Zacarias T-48382

8

9

10 My return address is; Michael V. Zacarias T-48382
                          P.O.BOX 705 WA/212
11                        SOLEDAD CA, 93960-0705

12 P.S. THEY ARE RETALIATING AGAINST ME THAT THEY EVEN STOP! GIVING
    ME MY METERED ENVELOPES DUE TO THE FACT THAT IM INDIGENT WHICH
13 VIOLATES MY DUE-PROCESS RIGHTS...
                                    5·11·08
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICHAEL V. ZACARIAS T-48382
P.O. BOX 705 wa/212
SOLEDAD CALIF, 93960-0705

LEGAL
CONFIDENTIAL
MAIL

# LEGAL MAIL

94102X3610

SAN JOSE CA 951
12 MAY 2008 PM 5 T

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SANFRANCISCO, CALIFORNIA 94102