5-28-08

E-filing

DEAR COURTS

I AM WRITING TO YOU TO LET YOU KNOW THAT I MOVE TO A NEW PRISON AND MY NEW ADDRESS IS: MICHAEL V. ZACARIAS #T-48382 P.O. BOX 3535 · DORM 205 47L NORCO CA. 92860-0991. THAT WAY ALL PAPER WORK WILL HAVE NO PROBLEM GETTING TO ME. I HAVE 3 CASES WITH YOU NOW, THEY ARE CV-08-2258, CV-08-2182 AND CV-08-1494. I HOPE WITH ME LETTING YOU KNOW THIS WILL STRAIGHTING OUT MY LEGAL MAIL WITH YOU. DUE TO THE FACT THAT THEY MADE ME MOVE AT A UN-KNOW NOTICE. I WILL MAKE & SEND YOU THE FORMS THAT CTF DID NOT WANT TO ACCEPT TO GET CERTIFYIED. I HOPE TO HEAR FROM YOU SOON. I NEED TO GET MORE TIME TO GET THESE FORMS DONE DUE TO MY UN-NOTICE MOVE. THANK YOU FOR YOUR TIME

RESPECTFULLY SUBMITTED
M V. Z

M. ZACARIAS #T-48382
P.O. BOX 3535, DORM 205/47L
NORCO, CALIF 92860

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

SANTA ANA, CA 927
$00.42
MAY 27 2008
MAILED FROM ZIP CODE 92860

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

LEGAL
CONFIDENTIAL
MAIL