UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS,

        Plaintiff,

vs.

ARNOLD SCHWARZENEGGER, Dr. S. KHAN, and JOSEPH CHUDY, M.D.,

        Defendants.

No. C 08-1494 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order the court dismissed with prejudice the claim against the governor and concluded that plaintiff had failed to state a claim against the other two defendants, who are doctors. As to them, he only said that they "did not use their professionalism." The claims against the doctors were dismissed with leave to amend within thirty days.

The order has not been returned as undeliverable, the time to amend has long since expired, and plaintiff has not amended. This case is **DISMISSED** with prejudice for failure to state a claim. .

**IT IS SO ORDERED.**

Dated: August 29, 2008.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.08\ZACARIAS1494.dismiss.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZACARIAS

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

                                                /

Case Number: CV08-01494 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael V Zacarias T-48382
Dorm 212- 05L
P.O. Box 3535
Norco, CA 92860-0991

Dated: August 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk