UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS,

        Plaintiff,

  vs.

ARNOLD SCHWARZENEGGER, Dr. S. KHAN, and JOSEPH CHUDY, M.D.,

        Defendants.

        No. C 08-1494 PJH (PR)

        **JUDGMENT**

A judgment of dismissal with prejudice is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

Dated: August 29, 2008.

        PHYLLIS J. HAMILTON
        United States District Judge

G:\PRO-SE\PJH\CR.08\ZACARIAS1494.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ZACARIAS

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.
_____/

Case Number: CV08-01494 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael V Zacarias T-48382
Dorm 212- 05L
P.O. Box 3535
Norco, CA 92860-0991

Dated: August 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk